Todd M. Friedman, Esq. (216752)
LAW OFFICES OF TODD M. FRIEDMAN, P.C.
369 S. DOHENY DR. #415
BEVERLY HILLS, CA 90211
877 206-4741
866 633-0228 facsimile
tfriedman@AttorneysForConsumers.com
Attorney for Plaintiff

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **TORISA SOLANO AND JOE RAMIREZ,**<br><br>Plaintiff,<br><br>vs.<br><br>**HUNT & HENRIQUES,**<br><br>Defendant. | Case No. CV09-05654 DDP-AGR<br><br>**NOTICE OF DISMISSAL WITH PREJUDICE** |

**NOTICE IS HEREBY GIVEN** that Plaintiff has filed with the Clerk of the Central District Court of California, Plaintiff's Notice of Dismissal of Case With Prejudice, a copy of which is herewith served upon Defendant.

**RESPECTFULLY SUBMITTED** this 29th day of December, 2009.

By: **s/Todd M. Friedman**
    **Todd M. Friedman, Esq.**
    **Attorney for Plaintiff**

Filed electronically on this 29th day of December, 2009, with:

United States District Court CM/ECF system

And hereby served upon all parties

By: s/Todd M. Friedman
      Todd M. Friedman