UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TORISA SOLANO AND JOE RAMIREZ,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>HUNT & HENRIQUES,<br><br>　　　　　Defendant.<br>_____ | Case No. CV 09-05654 DDP (AGRx)<br><br>**ORDER OF DISMISSAL** |

　　THE COURT ORDERS that this action be, and hereby is, dismissed with prejudice.

　　The Clerk shall mail, FAX or E:mail a copy of this Order to all counsel.

Dated: December 30, 2009

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　DEAN D. PREGERSON
　　　　　　　　　　　　　　　　　　　　　United States District Judge